RECEIVED

AUG 17 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Corrie Travail Carter
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

16-cv-8165
Judge Milton I. Shadur
Magistrate Judge Jeffrey T. Gilbert
PC11

vs.

Sgt. Dougé, Sgt. Sheehan, Ofc. Escalante, Ofc. Butkiewicz, and Cook County Department of Corrections.

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
   A. Name: Corrie Travail Carter
   B. List all aliases: Thomas Edwards
   C. Prisoner identification number: 2015-0727239
   D. Place of present confinement: Cook County Department of Corrections
   E. Address: P.O Box 089002 Div. 9 2C Chicago IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Sargeant Dougé
      Title: Sargeant
      Place of Employment: Cook County Department of Corrections
   B. Defendant: Sargeant Sheehan
      Title: Sargent
      Place of Employment: Cook County Department of Corrections
   C. Defendant: Officer Escalante
      Title: Correctional officer
      Place of Employment: Cook County Department of Corrections

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: Officer Butkiewicz
Title: Correctional Officer
Place of Employment: Cook County Department of Corrections

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Corrie Travail Carter VS Cook County Department of Corrections, D. Williams, Superintendent Thomas, +S. Harris #16CV4417

B. Approximate date of filing lawsuit: April 18, 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Corrie Travail Carter alias Thomas Edwards

D. List all defendants: Superintendent Thomas, D. Williams, S. Harris, and Cook County Department of Corrections.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Nothern District of Illinois Eastern Division; Cook County

F. Name of judge to whom case was assigned: Magistrate Judge Jeffrey T Gilbert; Judge Milton I. Shadur

G. Basic claim made: Deprivation of religious services

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: Still pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am being forced to remain in a cell without a working toilet. My toilet is full of urine, feces, and tissue which has started to attract gnats and flies. I have told several Sargeants, (Sheehan + Dougé) officers (Escalanté + Butkiewicz) and Lieutenants to no avail. I have been told to hold my urine and defication for several hours at a time at which times I have urined and passed bowel on myself without a change of clothes, being forced to hand wash that I do have. I have been denied movement to another deck and cell. I have refused lock up only to be forced in my cell anyway following threats of being maced and or tasered. This has been an ongoing issue since 5·10·16.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for cruel and unusual punishment.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4th day of August, 20 16

*(Signature)*
(Signature of plaintiff or plaintiffs)

Corrie Carter
(Print name)

20150727239
(I.D. Number)

P.O. Box 089002 Div. 9 2C Cell #2361 Chicago IL 60608
OR HOME
665 East 130th Place Chicago, IL 60827
(Address)

Revised 9/2007

Case: 1:16-cv-08165 Document #: 1 Filed: 08/17/16 Page 7 of 7 PageID #:7



Corrie Carter #20150727234
Div. 9 2C Cell #2361
P.O. Box 089002
Chicago, IL 60608

2016 AUG 17 PM 12:15

Prisoner Correspondent, United States District Court
219 South Dearborn Street
Chicago, IL 60604

16-cv-8165
Judge Milton I. Shadur
Magistrate Judge Jeffrey T. Gilbert
PC11